IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN MARCEL WEBB,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL C. BONNER,<br><br>    Defendant. | 2:22-cv-218<br><br>Hon. J. Nicholas Ranjan<br><br>Magistrate Judge Maureen P. Kelly |

## MEMORANDUM ORDER

This is a *pro se* prisoner civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation filed by Judge Kelly on May 10, 2022 (ECF 8), recommending that the Court dismiss Mr. Webb's complaint (ECF 7) *sua sponte* under 28 U.S.C. § 1915(e)(2)(B). The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were due by May 27, 2022. A copy of the order was mailed to Mr. Webb. No objections were filed.

Upon a plain error standard of review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record.

Therefore, this 8th day of September, 2022, it is **ORDERED** that the Plaintiff's complaint is **DISMISSED**. The Report & Recommendation is adopted as the opinion of the Court. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:
/s/ *J. Nicholas Ranjan*
United States District Judge